UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARWIN SPEARS, | ) | Case No. CV 12-179 VAP(JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DEPUTY J. SANTOS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: _August 27, 2012_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE